1 **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  lfisher@bursor.com

*Counsel for Plaintiffs*

**MAYER BROWN LLP**
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Keri E. Borders (SBN 194015)
kborders@mayerbrown.com
Rebecca B. Johns (SBN 293989)
rjohns@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAILEY and LOREE MORAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIND, LLC,<br><br>Defendant. | Case No. 8:16-cv-00168-JLS-DFM<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii).**<br><br>Hon. Josephine L. Staton |

STIPULATION OF DISMISSAL
CASE NO. 8:16-cv-00168-JLS-DFM

1  Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), the parties hereby stipulate to the
2  dismissal of this action with prejudice.

Dated: August 9, 2016    **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: lfisher@bursor.com

*Counsel for Plaintiffs*

Dated: August 9, 2016    **MAYER BROWN LLP**

By: */s/ Dale J. Giali*
            Dale J. Giali

Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Keri E. Borders (SBN 194015)
kborders@mayerbrown.com
Rebecca B. Johns (SBN 293989)
rjohns@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Counsel for Defendant*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)

Pursuant to Local Rule 5-4.3.4(a)(2) of the Central District of California, I attest that I have concurrence in the filing of this document.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher